RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Travis Hasty

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00070-RFB-NJK-1 |
| Plaintiff, | **STIPULATION TO CONTINUE DEADLINE TO FILE REPLIES** |
| v. | (First Request) |
| TRAVIS HASTY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Travis Hasty, that the reply to government's response in opposition to motion dismiss (ECF No. 25) and reply to government's response in opposition to motion to suppress (ECF No. 26), currently due October 19, 2023, be vacated and continued seven (7) days, up to and including October 26, 2023, within which to file his reply.

The Stipulation is entered into for the following reasons:

1. Counsel for defense needs additional time to file the Replies due October 19, 2023 because of conflicting deadlines.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 16th day of October, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | *By: Imani Dixon*<br>IMANI DIXON<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS HASTY,<br><br>　　　　　Defendant. | Case No. 23-cr-00070-RFB-NJK-1<br><br>ORDER |

　　IT IS THEREFORE ORDERED Mr. Hasty has to and including October 26, 2023, within which to file his reply to government's response in opposition to motion dismiss (ECF No. 25) and reply to government's response in opposition to motion to suppress (ECF No. 26),

　　DATED this  17th day of October, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE